1024

No. 02–9840.  SEARCY *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 02–9842.  RIVERA *v.* HOLDER, WARDEN.  C. A. 11th Cir. Certiorari denied.

No. 02–9843.  TREVINO-CHAVEZ *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 02–9846.  PAYNE *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 02–9849.  MILAN *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 02–9853.  BREMERS *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 02–9856.  CONDE *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 02–9863.  ELLIS *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 02–9886.  DAVIS *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 02–9891.  AVERY *v.* UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 02–9892.  VASQUEZ *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 02–9894.  ANGELET *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 02–9896.  BROWN *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 02–9905.  HERNANDEZ *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 02–9909.  MIRANDA *v.* UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 02–9911.  GOSS *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.